J-A21024-14

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellant | |
| v. | |
| LISA KIM K. YOUNG, | |
| Appellee | No. 942 EDA 2013 |

Appeal from the Judgment of Sentence February 1, 2013
In the Court of Common Pleas of Philadelphia County
Criminal Division at No(s): CP-51-CR-0003732-2011

BEFORE: BOWES J., OTT, J. and STRASSBURGER,[*] J.

CONCURRING STATEMENT BY STRASSBURGER, J.:**FILED OCTOBER 16, 2014**

To the extent that such a light sentence for an assault resulting in a horrific injury encourages vigilantism, this case troubles me. However, the Majority correctly analyzed the trial court's decision under our standard of review and concluded that there was no abuse of discretion or misapplication of the law. Therefore, I join the Majority Memorandum.

_____

[*] Retired Senior Judge assigned to the Superior Court.